UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plymouth Beef Co., Inc.

                        Plaintiff,

-against-

Wonder Food Distributors, David Hamedan.
Jack Hamedan, Nations Best Meat Wholesalers, Inc.
James Hyland and
Gay Robinson        Defendant.

1:20 cv 4029   (   )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __James J.S. Holmes__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: __James J.S. Holmes__

Firm Name: __Clyde & Co US LLP__

Address: __355 S. Grand Avenue, Suite 1400__

City / State / Zip: __Los Angeles, California__

Telephone / Fax: __(213) 358-7640 / (213) 358-7650__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Nations Best Meat Wholesalers, Inc., James Hyland and Guy Robinson__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 29, 34).

Dated: __August 20, 2020__

*Paul S. Sandeske* (signature)

United States District / Magistrate Judge